IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| LOUIS C. SHEPTIN, <br>     INTERVENOR <br><br> LEE NETTLES, <br>     PLAINTIFF ET AL <br><br> v. <br><br> NETFLIX, <br>     DEFENDANT <br> AND <br> REED HASTINGS, CEO <br> FOR NETFLIX INC. | Case# 3:11-CV-30168 <br><br> JURY TRIAL DEMAND |

MOTION TO INTERVENE
OR
IN THE ALTERNATIVE
COMPLAINT UNDER VARIOUS
JURISDICTIONS[1]
CONTRA NETFLIX

P. 1

[1] 28 USC 1331, 1332  ADA ACT  42 USC 1983

Now comes Louis C. Sheptin, in pro per and in forma pauperis and moves pursuant to Rule 24, ~~Federal~~ Rules of Civil Procedure to intervene in this Netflix case.

Your movant asserts Netflix is ~~doing~~ <u>much more</u> than simply refusing to sub-title their instant access movie downloads, in fact Netflix is denying total access to some 40 plus million persons[1] who are recipients of federal retirement, disability, social security, veterans benifits or in fact anyone who has a "Direct Express" <u>debit</u> master charge card issued by Comerica Bank partnered with the United States Treasury. A conservative estimate is 10% these card holders are seriously disabled living on

- 2 -

[1] Including paraplegics, deaf, blind, hearing impared seniors

FIXED INCOMES. IT APPEARS THAT NETFLIX NATIONWIDE, IN EVERY FEDERAL JURISDICTION REFUSES TO ALLOW DIRECT EXPRESS CARD HOLDERS TO CHARGE ON-LINE MOVIES, OR EVEN THEIR $7.99 DOWNLOADS DUE TO THEIR "FINANCIAL CLASS".

YOUR MOVANT HAD AN ACCOUNT WITH NETFLIX AND PAID MONTHLY VIA A NETSPEND CARD (SEE NETSPEND.COM) BUT DUE TO INCREASE OF FEES, MOVANT CLOSED SAID ACCOUNT AND OPENED A DIRECT EXPRESS ACCOUNT WITH COMERICA BANK. AT&T ACCEPTS THIS CARD, ALONG WITH PHONE COX CABLE, GAS, WATER AND ALL ATM MACHINES.

A MAJORITY ON DIRECT EXPRESS CARD HOLDERS ARE DISABLED, ON SSI, SOCIAL SECURITY AND BELOW THE POVERTY LEVEL AND CANNOT AFFORD TO GO TO THE MOVIES.

It appears that Netflix is intentionally discriminating against poor folks and/or disabled senior citizens, one of many classes who receive their Federal Benifits via Direct Express.

Movant is seriously disabled with congestive heart failure, recent on-set of diabetes, coronary artery disease with 8 stents, cannot get out to the movies, has seizures and feels certainly Netflix is intentionally taking this tone & tenor to eliminate those of us who do business with Comerica Inc, and/or the U.S. Treasury. There is no earthly prudent financial why Netflix Inc., will not accept a

DIRECT EXPRESS MASTERCARD DEBIT CARD AS PAYMENT MONTHLY FOR THE SERVICE THE PROVIDE <u>THE</u> PUBLIC ON THE INTERNET.

MOVANT SEEKS RULE 23 CERTIFICATE APPOINTMENT OF COUNSEL AND DAMAGES. NETFLIX ON JULY 4, 2011 DISHONORED IT OWN EMAIL INVITATION TO MOVANT TO RE-OPEN HIS NETFLIX ACCOUNT BY REFUSING DIRECT EXPRESS CARD DEBIT IN NAME OF LOUIS SHEPTIN, ASSERTING IT WAS A "PREPAID GIFT CARD," WHICH IT IS NOT. MOVANT BELIEVES NETFLIX IS ALSO DISCRIMINATING AGAINST COMERICA BANK VIA THERE ACTION WHICH COULD BE CONSIDERED ANTI-TRUST IN NATURE.

THIS MOTION EFFECTS SOME 40 MILLION DIRECT EXPRESS CREDIT/DEBIT

-5-

CARD HOLDERS.

Respectfully Submitted

*[signature]*

Louis C. Saleptin
72 17th Street 417
San Diego, CA
92101

NOTE: Movant ~~BOTH~~ EMAILED AND CALLED REED HASTINGS CEO, REQUESTING A REASON WHY EVERYONE IN MY SENIOR RESIDENCE WHO HAS A DIRECT EXPRESS DEBIT MASTERCARD COULD NOT CHARGE $7.99 A MONTH? THIS MAN REFUSED TO ANSWER <u>OUR EMAILS</u>! EACH TIME WE TRIED TO CHARGE A QUEAN CAME UP "PREPAID GIFT CARDS OR "PREPAID CARDS NOT ACCEPTED!"