# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

# SPRINGFIELD DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, WESTERN MASSACHUSETTS ASSOCIATION OF THE DEAF AND HEARING IMPAIRED, and LEE NETTLES,<br><br>        Plaintiffs,<br><br>   v.<br><br>NETFLIX, INC.,<br><br>        Defendant. | Civil Action No.   3:11-cv-30168 |

## STIPULATION TO STAY DISCOVERY PENDING SETTLEMENT NEGOTIATIONS

-

Plaintiffs National Association of the Deaf, Western Massachusetts Association of the Deaf and Hearing Impaired, and Lee Nettles (together, "Plaintiffs") and defendant Netflix, Inc. ("Netflix"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS:

1.      Plaintiffs and Netflix attended the Court-ordered settlement conference before Judge Kenneth Neiman on August 3, 2012;

2.      In light of the significant progress made in settlement negotiations, Judge Neiman scheduled a telephonic follow-up discovery conference on August 24, 2012; and

3.      To permit the opportunity to settle this action without further unnecessary litigation, the parties agree to (a) a three-week stay of discovery from August 3, 2012, to August 24, 2012, (b) extend the fact discovery cut-off by three weeks from August 20, 2012, to September 10, 2012; and (c) on September 10, 2012, submit a joint statement to the Court with the parties' positions as to any additional fact discovery extension and any proposed revisions of the current case management schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1.      Discovery in this action is stayed for three weeks as of August 3, 2012, until and including and August 24, 2012.  All pending discovery-related deadlines and motions in this action shall be suspended during the period of the stay.

2.      The fact discovery cut-off is extended by three weeks, until and including September 10, 2012.

3.      On September 10, 2012, the Parties will submit to the Court a joint statement regarding their positions as to any additional fact discovery extension and any proposed revisions to the case management schedule.

IT IS SO STIPULATED,

        ATTORNEYS FOR PLAINTIFFS

        By:     /s/ Catha Worthman
             Catha Worthman

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
3075 Adeline Street
Suite 210
Berkeley, CA 94703
Telephone: (510) 644-2555
amayerson@dredf.org
clanvers@dredf.org
swakschlag@dredf.org

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 9th Street
Oakland, CA  94607-4048
Telephone: (510) 839-6824
blee@lewisfeinberg.com
bseligman@lewisfeinberg.com
cworthman@lewisfeinberg.com
jdavidson@lewisfeinberg.com


NETFLIX, INC., by its counsel,


By:     /s/ Jacob M. Harper
     Jacob M. Harper

MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California  90013-1024
Telephone:    213-892-5200
Facsimile:    213-892-5454
dmcdowell@mofo.com;
jacobharper@mofo.com

Dated: August 9, 2012

IT IS SO ORDERED,

_____

Judge Michael A. Ponsor
United States District Judge

3

## **CERTIFICATE OF SERVICE**

    I, Jacob M. Harper, hereby certify that a copy of the foregoing document has been served upon all opposing counsel of record by ECF on this 9th day of August, 2012.

                                            /s/ Jacob M. Harper
                                               Jacob M. Harper