Case 3:11-cv-30168-MAP   Document 82   Filed 10/02/12   Page 4 of 6

~~[PROPOSED]~~ ORDER   MAP 10·3·12

Pursuant to joint motion of the parties, for good shown, IT IS HEREBY ORDERED that:

Discovery in this action is stayed an additional week, until and including October 10, 2012. All pending discovery-related responses, deadlines, motions, and related hearings in this action—including but not limited to the pending motion to compel (Dkt. 49) and motion for protective order (Dkt. 62)—shall be suspended during the period of the stay.

IT IS SO ORDERED.

By: _____
Hon. Michael A. Ponsor, U.S. District Judge

October 3, 2012

3